# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2313

_____

Richard E. Marks,                      *
                                       *
          Appellant,                   *
                                       *   Appeal from the United States
     v.                                *   District Court for the Eastern
                                       *   District of Arkansas.
T. C. Outlaw, Warden                   *
FCI, Forrest City, AR,                 *   [UNPUBLISHED]
                                       *
          Appellee.                    *

_____

Submitted: February 24, 2010
Filed: March 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

     Federal inmate Richard E. Marks appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Having reviewed the record de novo, see Lopez-Lopez v.Sanders, 590 F.3d 905, 907 (8th Cir. 2010), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

     [1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.